UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**YOHAANESS VUAAI EL,**

      Plaintiff,

                                                  Civil No. **08-14190**
                                                  Hon. John Feikens

      v.


**MORTGAGE ELECTRONIC
REGISTRY SYSTEM,**

      Defendant.

_____/


**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**


      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on

**7/30/2009**, and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is accepted and entered as the findings and

conclusions of this court.


                                        **s/John Feikens**_____
                                        John Feikens
                                        United States District Judge


Dated:  August 24, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 24, 2009.

s/Carol Cohron
Deputy Clerk